AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>GENE ARNOLD MCLENITHAN<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.   3:26-mj-144<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GENE ARNOLD MCLENITHAN                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C 1201 (a)(2) Kidnapping
18 U.S.C 2244 (a)(1) Attempted Abusive Sexual Contact

Date:       05/27/2026                                                 *Stacie F. Beckerman*
                                                                      *Issuing officer's signature*

City and state:      Portland, OR                                 Honorable Stacie F. Beckerman, U.S. Magistrate Judge
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   5/27/26   , and the person was arrested on *(date)*   5/28/26<br>at *(city and state)*   SALEM, OR   .<br><br>Date:   5/28/26<br><br>                                                          *Arresting officer's signature*<br><br>                                Alexander F. Robison<br>                                   *Printed name and title* |